UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CV-05-00298-CI |
| Plaintiff, ) | |
| ) | ORDER ADOPTING REPORT AND |
| v. ) | RECOMMENDATION |
| ) | |
| JASON R. NELSON, ) | |
| ) | |
| Defendant. ) | |

   Magistrate Judge Imbrogno filed a Report and Recommendation on October 30, 2006, recommending judgment be entered for the United States. (Ct. Rec. 10.) There being no objections to the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation. Judgment for the United States shall be entered as follows:

   1. Judgment in the amount of $137,191.89 (principal of $103,669.48, plus interest of $33,522.41 as of April 29, 2005, computed at the rate of 3.37 per cent per annum); plus,

   2. Interest accrued from April 29, 2005, to the date of judgment, at the rate of 3.37 per annum; plus,

   3. Post-judgment interest pursuant to 28 U.S.C. § 1961; plus,

   4. Court filing fees of $350.00, pursuant to 28 U.S.C. § 2412(a)(2); plus,

   5. Docket fees in the amount of $20.00 pursuant to 28 U.S.C. § 1923; plus,

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

6. Post-judgment interest at the legal rate until paid in full.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies of this Order to counsel and Jason Nelson.

**DATED** this ___4th___ day of December 2006.


                    S/ Edward F. Shea
                     EDWARD F. SHEA
               United States District Judge

Q:\Civil\2005\0298.adoptRR.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 2