UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JASON R. NELSON, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  CS-05-298-CI <br><br> **JUDGMENT** |

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**. Judgment for the United States shall be entered as follows:

1. Judgment in the amount of $137,191.89 (principal of $103,669.48, plus interest of $33,522.41 as of April 29, 2005, computed at the rate of 3.37 per cent per annum); plus,
2. Interest accrued from April 29, 2005, to the date of judgment, at the rate of 3.37 per annum; plus,
3. Post-judgment interest pursuant to 28 U.S.C. § 1961; plus,
4. Court filing fees of $350.00, pursuant to 28 U.S.C. §2412(a)(2); plus,
5. Docket fees in the amount of $20.00 pursuant to 28 U.S.C.§ 1923; plus,
6. Post-judgment interest at the legal rate until paid in full.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk